**Order filed October 25, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00579-CV
_____

### ALEX NGUYEN, Appellant

### V.

### VETERANS AUTO REPAIR CENTER, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1025761**

## ORDER

No reporter's record has been filed in this case. On October 10, 2013, appellant requested an extension of time to file the reporter's record. That request was granted until October 31, 2103. On October 18, 2013, the official court reporters informed this court that appellant has not requested the reporter's record, nor has he paid or made arrangements to pay for the reporter's record.

Accordingly, we order appellant to pay or make arrangements to pay the court reporter for preparing the record, **and provide this court with proof of**

**payment**, on or before **November 7, 2013**.  If appellant fails to comply with this order, we may consider and decide those issues or points that do not require a reporters record.  *See* Tex. App. P. 37.3(c).


PER CURIAM